UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re:<br><br>Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico corporation sole,<br><br>        Debtor.<br><br>Official Committee of Unsecured Creditors,<br><br>        Plaintiff,<br><br>   v.<br><br>The Archdiocese of Santa Fe Real Estate Corporation, as Trustee of the Archdiocese of Santa Fe Real Estate Trust, Shrine of Our Lady of Guadalupe – Santa Fe, Santa Maria de La Paz Catholic Community, Immaculate Conception - Albuquerque, Nuestro Senora de Guadalupe – Taos, St. John the Baptist – Santa Fe, Cristo Rey Parish, Church of the Ascension, Our Lady of Belen, St. Jude Thaddeus, Nativity of the Blessed Virgin Mary, and the Roman Catholic Church of the Archdiocese of Santa Fe,<br><br>        Defendants | Chapter 11<br><br>Bankruptcy Case No. 18-13027-t11<br><br><br><br>Adv. Proc. No. 20-ap-01058 |

## REQUEST FOR NOTICE

      NOTICE IS HEREBY GIVEN that counsel listed below hereby requests notices in the above-referenced proceeding as counsel for Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe:

Robert M. Charles, Jr.<br>
Lewis Roca Rothgerber Christie LLP<br>
One South Church Avenue, Suite 2000<br>
Tucson, AZ 85701-1611<br>
RCharles@lrrc.com

1

The above-listed counsel formally requests that all notices and copies of any and all filings and/or notices of hearing in the above-captioned proceeding be sent at the address set forth above; that this request shall remain a continuing request and demand for notices to be provided to the above-listed counsel.

DATED: November 3, 2020

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: s/ Robert M. Charles, Jr.
    Robert M. Charles, Jr.
    Hannah G. Dolski
*Attorneys for Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe*
One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611
Tel: 520.629.4427
Fax: 520.622.3088
E-mail:rcharles@lrrc.com

## CERTIFICATE OF SERVICE

I hereby certify that, on November 3, 2020, in accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case.

s/ filed electronically
Renee L. Creswell