Pete V. Domenici U.S. Courthouse
333 Lomas Blvd. NW
Albuquerque, NM 87102
505−415−7999/866−291−6805
www.nmb.uscourts.gov

Case No.:   18−13027−t11
Adversary No.:   20−01058−t
Judge:  David T. Thuma
Judge/Location:  TA

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re:**

Roman Catholic Church of the Archdiocese of Santa
and Associated Case in US District Court,
    Debtor(s).


Official Committee of Unsecured Creditors, et al.,
    Plaintiff(s),

v.

The Archdiocese of Santa Fe Real Estate
Corporation, et al.,
    Defendant(s).


## NOTICE OF CONTINUED SCHEDULING CONFERENCE

Notice is hereby given that a continued scheduling conference will be held on:

**Thursday, July 14, 2022 at 10:00 AM, before the Honorable David T. Thuma, Brazos Courtroom, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd. NW, 5th Floor, Albuquerque, NM 87102.**

(Document number, referenced docket text, and filer as shown below):

*1* – Adversary case 20−01058. (14 (Recovery of money/property – other)), (81 (Subordination of claim or interest)), (71 (Injunctive relief – reinstatement of stay)): Complaint by (PSZJ) Official Committee of Unsecured Creditors against Roman Catholic Church of the Archdiocese of Santa Fe. Fee Amount $350. (Attachments: # 1 Cover Sheet # 2 Summons) (Brown, Kenneth)


                                  **BY ORDER OF THE COURT**
                                  Lana Merewether
                                  Clerk of Court

_____

Parties in interest may participate in person or by telephone. Those wishing to appear by telephone must call the toll−free number approximately 5 minutes prior to the start time.

Call in Number: 888−684−8852
Access Code: 3661269

You will be placed on hold until the conference call is activated. Parties should mute their telephone until their case is

called.

nm_ntchrgprlmap.jsp – 7/5/22